**Order entered November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00809-CR

**ARTURO PUEBLA BUSTOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 065000**

## ORDER

The State tendered its brief late, but did not file an extension motion. Nevertheless, in the interest of expediting the appeal, we **ORDER** the State's brief filed as of the date of this order.

/s/     ADA BROWN
         JUSTICE